1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10                       **EASTERN DIVISION**
11
12 ROSA MARIE FULLMORE,            )      No. EDCV 09-1276 CW
                                   )
13              Plaintiff,         )      JUDGMENT
                                   )
14         v.                      )
                                   )
15 MICHAEL J. ASTRUE,              )
   Commissioner, Social Security )
16 Adminstration,                  )
                                   )
17              Defendant.         )
   _____)
18
19      **IT IS ADJUDGED** that this action is remanded to defendant for
20 further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
21 and consistent with the accompanying Decision and Order.
22
23 DATED: July 26, 2010
24
25  _____
26       CARLA M. WOEHRLE
        United States Magistrate Judge
27
28